1  M. William Judnich (Bar No. 035931)
   Enabled Law Group
2  P.O. Box 4523
   Missoula, MT 59806
3  Tel: (406) 493-1084
    Email: mj@enabledlawgroup.com
4  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT WILLIAMS. <br><br> Plaintiff. <br><br> -vs- <br><br> WENDY'S PROPERTIES LLC. <br><br> Defendant. | Cause No. 2:21-cv-01430-CDB <br><br><br> NOTICE OF SETTLEMENT |

Pursuant to LRCiv 40.2, counsel for the parties that have appeared in this matter hereby advise the court that the parties have reached a settlement in the above-entitled matter. The parties shall file a joint stipulation to Vacate the Scheduling Order and dismiss this claim subsequent to this Notice upon execution of all necessary paperwork.

DATED this 14 February 2022

                                        Respectfully submitted,

Page | - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*/s/ M. William Judnich*
M. William Judnich
(Bar No. 035931)
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com