M. William Judnich (Bar No. 035931)
Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
Tel: (406) 493-1084
 Email: mj@enabledlawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT WILLIAMS.<br><br>Plaintiff.<br><br>-vs-<br><br>WENDY'S PROPERTIES LLC.<br><br>Defendant. | Cause No. 2:21-cv-01430-CDB<br><br><br>JOINT STIPULATION OF DISMISSAL |

Plaintiff, Robert Williams and Defendant in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement of this matter.

DATED this 22 February 2022

Respectfully submitted,

*/s/ M. William Judnich*
M. William Judnich
(Bar No. 035931)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Pavneet Singh Uppal (with permission)*

Pavneet Sing Uppal
SBN 016805
Lori Guner
3200 N. Central Ave, Suite 1550
Phoenix, AZ 85012
Attorneys for Defendant
puppal@fisherphillips.com