# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Williams, | No. CV-21-01430-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Wendy's Properties LLC, | |
| Defendant. | |

    Upon review of the parties' Joint Stipulation of Dismissal (Doc. 21), and good cause appearing,

    IT IS ORDERED granting the Stipulation (Doc. 21). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

    IT IS FURTHER ORDERED directing the Clerk to close this matter.

    Dated this 22nd day of February, 2022.

Honorable John J. Tuchi
United States District Judge